Anton Ewing (not an attorney)
3077 Clairemont Drive #372
San Diego, CA 92117
619-719-9640
anton@antonewing.com

*Plaintiff In Pro Per*

Chad TW Pratt, Sr, Esq (149749)
660 S. Figueroa Street, Suite 1960
Los Angeles, CA 90017
213-840-CHAD

Attorney for Defendants

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual;<br><br>            Plaintiff,<br><br>    vs.<br><br>Hurricane Tax, LLC, et al<br><br>            Defendants. | Civil Case No. 19-cv-2328  JLS KSC<br><br>**JOINT MOTION TO DISMISS** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Anton Ewing ("Plaintiff") and Defendants Hurricane Tax, LLC and Deepak Parwatikar

JOINT MOTION TO DISMISS - 1

19cv2328

("Defendants") through their attorney Chad Pratt, Sr., Esq., hereby mutually and jointly move the District Court to dismiss the entire matter on the following terms and conditions:

1. A confidential settlement agreement has been reached with the cogent assistance of the Magistrate Judge assigned to this matter. The parties wish to settle this matter at this early stage of the proceeding.

2. There are five phone numbers contained in the confidential settlement agreement that Defendants agree to never call ever again for solicitation (telemarketing) purposes. The parties move the Court to make it an order of the Court that Defendants are to never call those said telephone numbers for solicitation ever again.

3. The parties agree to pay their own attorney fees and costs related to this lawsuit.

4. The parties request and stipulate that the Magistrate Judge retain jurisdiction to enforce the terms of the confidential settlement agreement for a period of one year only from the date of entry of the order of dismissal.

5. Neither party admits any liability of any kind or manner whatsoever.

6. Dismissal is to be with prejudice with retained jurisdiction by the Magistrate as stated.

**7.** All parties and their counsel hereby stipulate and approved the proposed order that has been emailed to the District Court.

Dated this __4th__ day of June, 2020

                                                  Anton Ewing

                                                /s/ Anton Ewing
                                                Anton Ewing, Plaintiff

Dated this _____ day of June, 2020
        6/4/2020

                                                Chad Pratt, Sr., Esq.

                                                *Chad Pratt, Sr.*
                                                Attorney for Defendants
                                                Hurricane Tax, LLC and
                                                Deepak Partwatikar

Dated this _____ day of June, 2020
        6/4/2020

                                                Deepak Partwatikar

                                                *Deepak Parwatikar*
                                                Deepak Partwatikar, Defendant