UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                              Plaintiff,<br><br>v.<br><br>HURRICANE TAX, LLC, et al.,<br><br>                              Defendants. | Case No.: 19-CV-2328 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 35) |

Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 35). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety with each Party to bear its own attorney's fees and costs. Magistrate Judge Crawford shall retain jurisdiction to enforce the terms of the settlement agreement for one year from the date this Order is electronically docketed. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge